IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 09 80143 MISC VRW

**ORDER TO SHOW CAUSE**

Peter Stuart Buchanan - #35415

_____/

It appearing that Peter Stuart Buchanan has been placed on court ordered inactive status and may not practice law effective April 13, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Peter Stuart Buchanan
Attorney At Law
591 Redwood Hwy. #2245
Mill Valley, CA 94941-6030