FILED

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                              No CV-09-80143 MISC VRW

Peter Stuart Buchanan,
                                               ORDER
    State Bar No 35415
_____/

    On July 2, 2009, the court issued an order to show cause (OSC) why Peter Stuart Buchanan should not be removed from the roll of attorneys authorized to practice law before this court, based upon California State Bar court ordered inactive status, effective April 13, 2009.

    The OSC was mailed to Mr Buchanan's address of record with the State Bar on July 7, 2009. A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

    The court now orders Peter Stuart Buchanan removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Peter Stuart Buchanan,

Case Number: C09-80143 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Stuart Buchanan
591 Redwood Hwy #2245
Mill Valley, CA 94941-6030

Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk